IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES | : | |
|---|---|---|
| | : | |
| v. | : | CRIMINAL ACTION |
| | : | NO. 10-052-8 |
| NICHOLAS FATGIA, | : | |
| Defendant. | : | |

## **ORDER**

**Jones, II   J.**                                                                                             **May 30, 2018**

      **AND NOW**, this 30th day of May, 2018, upon consideration of Defendant's Pro Se Motion to Modify Sentence (ECF No. 439), the Government's Response in Opposition thereto (ECF No. 447), and the applicable record before the Court, Defendant's Motion is **DENIED**.

                              BY THE COURT:


                              */s/ C. Darnell Jones, II*
                              C. Darnell Jones, II    J.